UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TONY FREEMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STATE OF ALABAMA, 187TH )<br>FIGHTER WING, FIRE )<br>DEPARTMENT, )<br>)<br>Defendant. | Civil Action Number<br>2:15-cv-501-AKK-PWG |

## ORDER

On August 22, 2016, the magistrate judge entered a report and recommendation, doc. 30, regarding the State of Alabama Military Department's (SMD) motion for summary judgment, doc. 14, and the parties were allowed fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. Neither party has filed objections.

Having reviewed the pleadings, the briefs, and the magistrate's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge. The further **ACCEPTS** the recommendation of the magistrate judge that SMD's motion for summary judgment be **GRANTED** and this action is **DISMISSED WITH PREJUDICE.**

**DONE** the 29th day of September, 2016.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE